UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MICHAEL BECK,

    Plaintiff,

v.

    Case No. 12-cv-11067

    Paul D. Borman
    United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Laurie J. Michelson
    United States Magistrate Judge

    Defendants.
_____/

OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION,
(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 9),
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (Dkt. No. 13) and
(4) REMANDING PURSUANT TO 42 U.S.C. § 405(g)

Before the Court is Magistrate Judge Laurie J. Michelson's Report and Recommendation on Cross-Motions for Summary Judgment. (Dkt. No. 15.)

Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS** Plaintiff Jason Michael Beck's Motion for Summary Judgment, **DENIES** Defendant Commissioner of Social Security's Motion for Summary Judgment, and, pursuant to 42 U.S.C. § 405(g), **REMANDS** the decision of the Commissioner of Social Security.

**IT IS SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: MAR 29 2013