**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JASON MICHAEL BECK,

       Plaintiff,

                                    Case No. 12-11067
v.                                      Hon. Paul D. Borman
                                    Magistrate Judge Laurie J. Michelson

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT OF REMAND

       The Court having this day entered an opinion order adopting the Magistrate Judge's report and recommendation and granting Plaintiff's motion for summary judgment,

       IT IS ORDERED that this case is REMANDED pursuant to 42 U.S. C. 405(g) for further proceedings.


                                      S/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge

Dated: March 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 29, 2013, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                      Case Manager